# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Miranda Gall,                                      Court File No.: 05-cv-1481 MJD/AJB

           Plaintiff,

v.                                                                **ORDER**

Redline Recovery Services, LLC, John Does,
Jane Doe,

           Defendants.

---

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                            **BY THE COURT**

Dated: February 17, 2006                s/ Michael J. Davis
                                           The Honorable Michael J. Davis
                                           Judge of United States District Court